AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California





United States of America

v.

JUAN ANTONIO PARRA, HECTOR MANUEL RODRIGUEZ, and STEVEN RIVERA,

Defendants.

Case No.   2:25-mj-05225-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about August 24, 2025, in the county of Los Angeles in the Central District of California, the defendants violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) (Rodriguez and Rivera) | Assault of a Federal Officer |
| 18 U.S.C. § 1361 (Penna) | Damage to Government Property |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

/s/
_____
Complainant's signature

John M. Woodruff, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: August 25, 2025

_____
Judge's signature

City and state: Los Angeles, California

Hon. Brianna Fuller Mircheff, U.S. Magistrate Judge
Printed name and title

AUSA: Yervant P. Hagopian x0732

**AFFIDAVIT**

I, John M. Woodruff, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the United States Department of Homeland Security, Federal Protective Service ("FPS") and have been so employed since March 2020. As an FPS SA, my official duties are to investigate crimes against the United States that originate on or have a nexus to United States government properties or employees, including damage to government property. In addition to my duties with FPS, I serve as a Task Force Officer with the Federal Bureau of Investigation Joint Terrorism Task Force Pacific. Prior to joining FPS, from October 2006 to March 2020, I was an SA with the U.S. Secret Service ("Secret Service"), where I was assigned to the Honolulu Field Office, the Dignitary Protection Division, and the Presidential Protective Division in Washington, DC. Throughout my career, I have conducted and participated in numerous criminal investigations involving threats to Secret Service protected persons, bank fraud, wire fraud, aggravated identity theft, counterfeiting of U.S. currency and checks, theft, damage to government property, assaults, and international and domestic terrorism. I have also been responsible for the planning and execution of search and arrest warrants. My criminal investigation training includes but is not limited to graduation from the Federal Law Enforcement Training Center Criminal Investigator Training Course in January 2007, the Secret Service

SA Training Course in June 2007, and the FPS SA Training Course in December 2021.

## II. PURPOSE OF AFFIDAVIT

2.  This affidavit is made in support of a criminal complaint against, and arrest warrants for, JUAN ANTONIO PARRA ("PARRA"), HECTOR MANUEL RODRIGUEZ ("RODRIGUEZ"), and STEVEN RIVERA ("RIVERA") for violating 18 U.S.C. § 1361 (Damaging Government Property, for PARRA) 18 U.S.C. § 111(a)(1) (Assault on a Federal Officer, for RODRIGUEZ and RIVERA).

3.  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

## III. STATEMENT OF PROBABLE CAUSE

4.  Based on my review of video surveillance footage and photographs, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.   Ongoing Immigration-Related Protest in Downtown Los Angeles**

5.   On August 23 and 24, 2025, individuals protesting federal immigration enforcement operations gathered near the parking garage entrance of the Roybal Federal Building and U.S. Courthouse located at 255 East Temple Street, Los Angeles, CA 90012 ("Roybal").  Protestors previously tried to block government cars exiting Roybal, struck the cars with their hands and other objects, used flashlights to blind the officers driving the cars, and verbally taunted officers with obscenities using megaphones.  As a result, the Army National Guard, Customs and Border Protection Special Response Team, and FPS Officers were assigned to protect Roybal.

**B.   Incident Involving PARRA, RODRIGUEZ, and RIVERA**

6.   In the early morning hours of August 24, 2025, several FPS officers were on duty near the apron that leads from Alameda Street to Roybal's parking garage.  At approximately 3:20am, several government vans drove down Alameda Street toward the Roybal parking garage.  As they did, an individual later identified as PARRA ran from the sidewalk that abuts the east side of Alameda Street and onto Alameda Street, where he threw a beer can toward the FPS officers on duty near the entrance to the Roybal parking garage.

7.   After the beer can landed near one of the FPS officers, PARRA continued running across Alameda Street toward the fence that sits between the west side of Alameda Street and the entrance to the Roybal parking garage.  Once PARRA reached

the fence, he waited for a short time until another government van drove on Alameda Street toward the entrance to the Roybal parking garage. As that van drove toward the parking garage, PARRA left the fence line and approached the van. As he reached the passenger side of the van, PARRA began to punch and kick the van, causing denting to its passenger side paneling.

8.  After PARRA damaged the van, several FPS officers (including FPS Officers C.N. and P.S.) were assigned to arrest PARRA. Federal officers interviewed those officers and FPS Officers R.R. and T.T. who were also present and they said (in substance and summary):

   a.  As the officers tried to take PARRA into custody, RODRIGUEZ and RIVERA interfered with PARRA's arrest;

   b.  According to Officer R.R., RIVERA shoved him in an apparent effort to separate Officer R.R. from PARRA;

   c.  According to Officer P.S., as he attempted to arrest PARRA, he felt someone punch him in the back;

   d.  According to Officer T.T., RODRIGUEZ punched Officer P.S. in an apparent attempt to separate Officer P.S. from PARRA.

///
//
//

## IV. CONCLUSION

9.   For all the reasons described above, there is probable cause to believe PARRA violated 18 U.S.C. § 1361 (Damaging Government Property) and that RODRIGUEZ and RIVERA violated 18 U.S.C. § 111(a)(1) (Assault on a Federal Officer).

                                                          /s/
                                      John M. Woodruff, Special Agent
                                      Federal Protective Service

Subscribed to and sworn before me
this 25th day of August, 2025.

HONORABLE BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE